FILED
April 08, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Jaemie Herndon___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. SA-22-CR-109-OLG |
| | ) | |
| FLORENTINO LONGORIA II | ) | |
| | ) | |
| Defendant | ) | |

# ORDER

On this date, the Court considered the report and recommendation of United States Magistrate Judge Richard B. Farrer, filed on April 2, 2024. Docket no. 40. Defendant filed a general objection "and reurging of his motion" on April 4, 2024. Docket no. 41. The recommendation has been reviewed for clear error. *See Battle v. U.S. Parole Com'n*, 834 F.2d 419, 421 (5th Cir. 1987) (the Court need not conduct a *de novo* review if the objections are frivolous, general, or conclusory; instead, the Court reviews the report and recommendation for clear error). After such review, the Court finds no error in the Magistrate Judge's findings and recommendation. Because Defendant has provided no reason for reconsideration, the "reurged" motion should also be denied.

It is therefore ORDERED that the Magistrate Judge's recommendation (docket no. 40) is ACCEPTED in its entirety. For the reasons stated in the recommendation, Defendant's motion to dismiss the indictment (docket nos. 36, 41) is DENIED.

SIGNED on the ___ day of April, 2024.

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE